# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149048

TRAVIS DURANT MAY,
          Plaintiff-Appellant,

v

          SC: 149048
          COA: 318338
          Jackson CC: 13-002541-AA

DEPARTMENT OF CORRECTIONS,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 27, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



s0721

Clerk